**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of Illinois

Case number *(If known)*: _____

Chapter you are filing under:

Chapter 7
Chapter 11
Chapter 12
Chapter 13

Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    *12/22*

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---------|-------------------|

|  | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| 1. | **Your full name** | | |
|  | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | Austin<br>First name | First name |
|  | | Middle name | Middle name |
|  | Bring your picture identification to your meeting with the trustee. | Hochstetler<br>Last name | Last name |
|  | | Suffix (Sr., Jr., II, III) | Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** | First name | First name |
|  | Include your married or maiden names and any assumed, trade names and *doing business as* names. | Middle name | Middle name |
|  | | Last name | Last name |
|  | Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | Business name (if applicable) | Business name (if applicable) |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - 9536 | xxx - xx - |

Debtor 1   Austin _____ Hochstedler _____   Case number (*if known*) _____
First Name   Middle Name   Last Name

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Your Employer Identification Number (EIN), if any.**

EIN _____   EIN _____

**5. Where you live**

| | If Debtor 2 lives at a different address: |
|---|---|

1634 S Fairfield Ave

Number   Street

Apt 2

Chicago        IL     60608

City                State   ZIP Code

COOK-IL

County

Number   Street

Number   Street

City        State   ZIP Code

County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number   Street

Number   Street

P.O. Box

P.O. Box

City        State   ZIP Code

City        State   ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____

Debtor 1    Austin                          Hochstein

First Name        Middle Name        Last Name          Case number (*if known*) _____

---

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

Chapter 7

Chapter 11

Chapter 12

Chapter 13

**8. How you will pay the fee**

**I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

**I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

**I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

No.

Yes.  District _____  When _____  Case Number _____
                                     MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

No.

Yes.  Debtor _____  Relationship to you _____

District _____  When _____  Case Number, if known _____
                              MM / DD / YYYY

**11. Do you rent your residence?**

No.  Go to line 12

Yes.  Has your landlord obtained an eviction judgment against you?

No    No. Go to line 12

Yes.  Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | Austin | | Hochstetler | | Case number (*if known*) _____ |
| | First Name | Middle Name | Last Name | |

---

### Part 3:    Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____
City                                        State    ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor* or a debtor as defined by 11 U.S.C.§ 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a debtor according to the definition § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

### Part 4:    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☐ No.

☐ Yes.    What is the hazard?    _____

_____

If immediate attention is needed, why is it needed?    _____

_____

Where is the property?    _____
Number        Street

_____

_____
City                                        State    ZIP Code

Debtor 1    Austin                    Hochstatler

First Name    Middle Name    Last Name    Case number (*if known*) _____

---

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

| **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|
| *You must check one:* | *You must check one:* |
| **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** | **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** |
| Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. | Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. |
| **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** | **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** |
| Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any | Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any |
| **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** | **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** |
| To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. | To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. |
| Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. | Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. |
| Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. | Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. |
| **I am not required to receive a briefing about credit counseling because of:** | **I am not required to receive a briefing about credit counseling because of:** |
| **Incapacity.** I have a mental illness or a mental deficiency that makes meincapable of realizing or making rational decisions about finances. | **Incapacity.** I have a mental illness or a mental deficiency that makes meincapable of realizing or making rational decisions about finances. |
| **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. | **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. |
| **Active duty.** I am currently on active military duty in a military combat zone. | **Active duty.** I am currently on active military duty in a military combat zone. |
| If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. | If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

| Debtor 1 | Austin | | Hochstetler | | Case number (*if known*) _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.** **What kind of debts do you have?**

    **16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

        No. Go to line 16b.

        Yes. Go to line 17

    **16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

        No. Go to line 16c.

        Yes. Go to line 17

    **16c.** State the type of debts you owe that are not consumer debts or business debts.

    _____

---

**17.** **Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

    No. I am not filing under Chapter 7. Go to line 18

    Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

        No

        Yes

---

**18.** **How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| 1-49 | 1,000-5,000 | 25,001-50,000 |
| 50-99 | 5,000-10,000 | 50,001-100,000 |
| 100-199 | 10,001-25,000 | More than 100,000 |
| 200-999 | | |

---

**19.** **How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| $0-$50,000 | $1,000,001-$10 million | $500,000,001-$1 billion |
| $50,001-$100,000 | $10,000,001-$50 million | $1,000,000,001-$10 billion |
| $100,001-$500,000 | $50,000,001-$100 million | $10,000,000,001-$50 billion |
| $500,001-$1 million | $100,000,001-$500 million | More than $50 billion |

---

**20.** **How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| $0-$50,000 | $1,000,001-$10 million | $500,000,001-$1 billion |
| $50,001-$100,000 | $10,000,001-$50 million | $1,000,000,001-$10 billion |
| $100,001-$500,000 | $50,000,001-$100 million | $10,000,000,001-$50 billion |
| $500,001-$1 million | $100,000,001-$500 million | More than $50 billion |

---

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

  X _____    X _____

    Signature of Debtor 1                    Signature of Debtor 2

    Executed on  04/22/2024_____        Executed on _____

           MM / DD / YYYY                    MM / DD / YYYY

---

Debtor 1     Austin                              Hochstedler                                    Case number (*if known*) _____
           First Name        Middle Name        Last Name

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** _____          Date _____
Signature of Attorney for Debtor                                MM / DD / YYYY

_____
Printed name

_____
Firm name

_____
Number        Street

_____
City                                          State        ZIP Code

Contact phone _____          Email address _____

_____
Bar number                                    State

Debtor 1    Austin                                    Hochstetler                              Case number (*if known*)

First Name        Middle Name            Last Name

---

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

    No

    Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

    No

    Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

    No

    Yes.  Name of Person _____

        Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

**X** _____    **X** _____

Signature of Debtor 1                       Signature of Debtor 2

Date       04/22/2024 _____         Date       _____
                  MM / DD / YYYY                             MM / DD / YYYY

Contact phone  574-340-3471 _____     Contact phone _____

Cell phone    _____     Cell phone _____

Email address  austin382@gmail.com _____    Email address _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Austin                    Hochstetler |
| | First Name          Middle Name          Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | Northern District of Illinois |
| Case number (If known) | |

Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

No

Yes.  Name of person _____. *Attach Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X _____          X _____
Signature of Debtor 1                              Signature of Debtor 2

Date  04/22/2024                              Date _____
MM / DD / YYYY                                    MM / DD / YYYY

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Austin                                    Hochstetler |
| | First Name            Middle Name            Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | Northern District of Illinois |
| Case number (If known) | |

Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | Your assets Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* ............................................ | $ 0.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* .................................... | $ 3493.35 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* ............................................. | $ 3493.35 |

### Part 2:   Summarize Your Liabilities

| | Your liabilities Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ........ | $ |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ........................................ | $ |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* .................................. | + $ 46218.24 |
| Your total liabilities | $ 46218.24 |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I* ............................................. | $ 291.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J* ............................................. | $ 1130.00 |

Debtor 1   Austin   Hochstetler   Case number (*if known*) _____

First Name   Middle Name   Last Name

---

**Part 4:**   **Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   Yes

7. **What kind of debt do you have?**

   **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the** *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____ 5000.61

9. **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

| | Total claim |
|---|---|
| **From Part 4 on** *Schedule E/F,* **copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ 10329.59 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+** $ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 10329.59 |

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | Austin | Hochstetler |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern District of Illinois | |
| Case number (If known) | | |

Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   No. Go to Part 2.

   Yes. Where is the property?

| | **What is the property?** Check all that apply. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|
| _____ Street address, if available, or other description _____ _____ City    State   ZIP Code _____ County | Single-family home<br>Duplex or multi-unit building<br>Condominium or cooperative<br>Manufactured or mobile home<br>Land<br>Investment property<br>Timeshare<br>Other _____ | **Current value of the entire property?** $ _____   **Current value of the portion you own?** $ _____ |
| | **Who has an interest in the property?** Check one.<br>Debtor 1 only<br>Debtor 2 only<br>Debtor 1 and Debtor 2 only<br>At least one of the debtors and another | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**<br>_____ Check if this is community property (see instructions) |
| | **Other information you wish to add about this item, such as local property identification number:**<br>_____ | |

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** .................................................. ➡ $ _____ 0.00

| Part 2: | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   No

   Yes

Debtor 1    Austin                    Hochstein

    First Name         Middle Name        Last Name                                      Case number (*if known*)

| | | |
|---|---|---|
| Make: _____ | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model _____ | Debtor 1 only | |
| Year: _____ | Debtor 2 only | |
| Approximate mileage: _____ | Debtor 1 and Debtor 2 only | **Current value of the entire property?** **Current value of the portion you own?** |
| Other information: | At least one of the debtors and another | |
| | **Check if this is community property** (see instructions) | $ _____  $ _____ |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

       No

       Yes

| | | |
|---|---|---|
| Make: _____ | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model _____ | Debtor 1 only | |
| Year: _____ | Debtor 2 only | |
| Other information: | Debtor 1 and Debtor 2 only | **Current value of the entire property?** **Current value of the portion you own?** |
| | At least one of the debtors and another | |
| | **Check if this is community property** (see instructions) | $ _____  $ _____ |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.** ................................................................➔ | $ _____ 0.00 |

Debtor 1   Austin          Hochstein
           First Name    Middle Name    Last Name          Case number (*if known*)

| Part 3: | Describe Your Personal and Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6.  Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

☐ Yes. Describe. .......                                              $ _____

**7.  Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

☐ Yes. Describe. .......
I own the following electronic items that total $1,680.
Phone: Iphone 12 Pro, 64 GB - $200.00
Computer: Acer Aspire 3 - $450.00
Gaming: Nintendo Switch (1st Gen) - $100.00
Smartwatch: Apple Watch Series 8 - $200.00
Tablet: Ipad Air 5th Generation, 64 GB - $400.00
Music Collection: $100.00
Video Game and Movie Collection: $100
Apple iPad Pencil: $80.00
iPad Keyboard: $50.00
$ _____1680.00

**8.  Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No

☐ Yes. Describe. .......   Lego Collection: $600            $ _____600.00

**9.  Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No

☐ Yes. Describe. .......                                          $ _____

**10.  Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No

☐ Yes. Describe. .......                                          $ _____

**11.  Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☐ Yes. Describe. .......   Everyday Clothes: $125             $ _____125.00

Debtor 1    Austin          Hochstetler            Case number (*if known*)

First Name        Middle Name        Last Name

---

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

   No

   Yes. Describe. .......                                                    $ _____

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

   No

   Yes. Describe. .......   Dog: 4 year old pug                              $ _____800.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**

   No

   Yes. Give specific information. ..........                               $ _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here.** ........................................................................ ➔   $ _____3205.00

---

Debtor 1    Austin                    Hochstein
            First Name    Middle Name    Last Name          Case number (*if known*)

---

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

No

Yes .................................................................................................................................    Cash: ................  $ _____

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

No

Yes...................

17.1   Checking account:    Institution name:

Capital One _____    $ _____ 173.35

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

No

Yes...................   Institution or issuer name:

_____    $ _____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

No

Yes. Give specific information about them .....................   Name of entity:                    % of ownership:

_____    0 %    $ _____

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

No

Yes. Give specific information about them .....................   Issuer name:

_____    $ _____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

No

Yes. List each account separately.   Type of account:    Institution name:

_____    $ _____

---

Debtor 1    Austin                    Hochstein
    First Name         Middle Name         Last Name                            Case number *(if known)*

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No

☐ Yes..........................      Institution name or individual:

            $ _____

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☐ No

☐ Yes..........................     Issuer name and description:

            $ _____

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☐ No

☐ Yes..........................     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

            $ _____

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No

☐ Yes. Give specific
    information about them .....                             $ _____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☐ No

☐ Yes. Give specific
    information about them .....                             $ _____

**27. Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No

☐ Yes. Give specific
    information about them .....                             $ _____

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

☐ No

☐ Yes. Give specific information
    about them, including whether
    you already filed the returns
    and the tax years. ....................

| | |
|---|---|
| I am owed $115 from my 2023 Illinois State tax return. I have filed federal and state taxes for 2023. | Federal:    $ _____ 0.00 |
| | State:    $ _____ 115.00 |
| | Local:    $ _____ 0.00 |

Debtor 1    Austin            Hochstetler
      First Name      Middle Name      Last Name                         Case number (*if known*)

---

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

No

Yes. Give specific information. ........

| | |
|---|---|
| Alimony: | $ _____ |
| Maintenance: | $ _____ |
| Support | $ _____ |
| Divorce Settlement: | $ _____ |
| Property Settlement: | $ _____ |

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

No

Yes. Give specific information. ........    $ _____

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

No

Yes. Name the insurance company
of each policy and list its value. ....    Company name:            Beneficiary:

_____    _____    $ _____

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

No

Yes. Give specific information. ........    $ _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

No

Yes. Give specific information. ........    $ _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

No

Yes. Give specific information. ........    $ _____

**35. Any financial assets you did not already list**

No

Yes. Give specific information. ........    $ _____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ........................................................................ ➔    $ _____ 288.35

---

Debtor 1   Austin                    Hochstein
              First Name      Middle Name      Last Name                                    Case number (*if known*)

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37.  **Do you own or have any legal or equitable interest in any business-related property?**

No. Go to Part 6.

Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38.  **Accounts receivable or commissions you already earned**

No

Yes. Describe .......                                                           $ _____

39.  **Office equipment, furnishings, and supplies**

*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

No

Yes. Describe .......                                                           $ _____

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

No

Yes. Describe .......                                                           $ _____

41.  **Inventory**

No

Yes. Describe .......                                                           $ _____

42   **Interests in partnerships or joint ventures**

No

Yes. Describe .......   Name of entity:                          % of ownership:

                                                        0 %       $ _____

43.  **Customer lists, mailing lists, or other compilations**

No

Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

No

Yes. Describe .......                                                  $ _____

44.  **Any business-related property you did not already list**

No

Yes. Give specific
information ...........

                                                                      $ _____

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ..............................................................................................➔   $ _____0.00

Debtor 1    Austin                        Hochstetler
                First Name    Middle Name    Last Name    Case number (*if known*)

---

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

   No. Go to Part 7.
   Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

   *Examples:* Livestock, poultry, farm-raised fish

   No
   Yes .....................                                                    $ _____

48. **Crops—either growing or harvested**

   No
   Yes. Give specific
   information ..........                                                       $ _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

   No
   Yes .....................                                                    $ _____

50. **Farm and fishing supplies, chemicals, and feed**

   No
   Yes .....................                                                    $ _____

51. **Any farm- and commercial fishing-related property you did not already list**

   No
   Yes. Give specific
   information ..........                                                       $ _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ............................................................................    ➔    $ _____

Debtor 1    Austin                    Hochstein

     First Name         Middle Name         Last Name

Case number (*if known*) _____

---

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**

    *Examples:* Season tickets, country club membership

    ☐ No

    ☐ Yes. Give specific
    information ..........

    _____   $ _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...........................  ➔  $ _____ 0.00

---

**Part 8:    List the Totals of Each Part of this Form**

55. **Part 1: Total real estate, line 2** ...................................................................................  ➔  $ _____ 0.00

56. **Part 2: Total vehicles, line 5**                                          $ _____ 0.00

57. **Part 3: Total personal and household items, line 15**                    $ _____ 3205.00

58. **Part 4: Total financial assets, line 36**                                $ _____ 288.35

59. **Part 5: Total business-related property, line 45**                       $ _____ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52**              $ _____

61. **Part 7: Total other property not listed, line 54**                      +$ _____ 0.00

62. **Total personal property.** Add lines 56 through 61. ...........   $ _____ 3493.35   Copy personal property total ➔  +$ _____ 3493.35

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ...................................................  $ _____ 3493.35

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Austin | | Hochstetler |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern District of Illinois | | |
| Case number (If known) | | | |

Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt                  04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own? Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Everyday Clothes: $125 <br> Line from *Schedule A/B*: 11 | $ 125.00 | $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | (735 ILCS 5/12-1001) (from Ch. 110, par. 12-1001) |
| Brief description: Dog: 4 year old pug <br> Line from *Schedule A/B*: 13 | $ 800.00 | $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | (735 ILCS 5/12-1001) (from Ch. 110, par. 12-1001) |
| Brief description: I own the following electronic items that total $1,680. Phone: Iphone 12 Pro, 64 GB - $200.00 Computer: Acer Aspire 3 - $450.00 Gaming: Nintendo Switch (1st Gen) - $100.00 Smartwatch: Apple Watch Series 8 - $200.00 Tablet: Ipad Air 5th Generation, 64 GB - $400.00 Music Collection: $100.00 Video Game and Movie | $ 1680.00 | $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | (735 ILCS 5/12-1001) (from Ch. 110, par. 12-1001) |

| Debtor 1 | Austin | | Hochst... | | Case number (*if known*) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own?  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Collection: $100  Apple iPad Pencil: $80.00  iPad Keyboard: $50.00  Line from *Schedule A/B:* 7 | | | |
| Brief description: Checking Account Capital One  Line from *Schedule A/B:* 17.1 | $ 173.35 | $ _____  100% of fair market value, up to any applicable statutory limit | (735 ILCS 5/12-1001) (from Ch. 110, par. 12-1001) |
| Brief description: Lego Collection: $600  Line from *Schedule A/B:* 8 | $ 600.00 | $ _____  100% of fair market value, up to any applicable statutory limit | (735 ILCS 5/12-1001) (from Ch. 110, par. 12-1001) |
| Brief description: State  Line from *Schedule A/B:* 28 | $ 115.00 | $ _____  100% of fair market value, up to any applicable statutory limit | (735 ILCS 5/12-1001) (from Ch. 110, par. 12-1001) |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   No

   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   No

   Yes

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Austin | | Hochstetler |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern District of Illinois | | |
| Case number | | | |
| (If known) | | | |

Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | **Column A**<br>Amount of claim<br>Do not deduct the<br>value of collateral. | **Column B**<br>Value of collateral<br>that supports this<br>claim | **Column C**<br>Unsecured<br>portion<br>If any |
|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **Describe the property that secures the claim:** |
| Number     Street | |
| | |
| City          State     ZIP Code | **As of the date you file, the claim is:** Check all that apply. |
| **Who owes the debt?** Check one. | ☐ Contingent |
| | ☐ Unliquidated |
| ☐ Debtor 1 only | ☐ Disputed |
| ☐ Debtor 2 only | **Nature of lien.** Check all that apply. |
| ☐ Debtor 1 and Debtor 2 only | ☐ An agreement you made (such as mortgage or secured car loan) |
| ☐ At least one of the debtors and another | ☐ Statutory lien (such as tax lien, mechanic's lien) |
| **☐ Check if this claim is for a community debt** | ☐ Judgment lien from a lawsuit |
| Date debt was incurred | ☐ Other (including a right to offset) |
| | Last 4 digits of account number |

$ _____  $ _____  $ _____

| Column A dollar value totals from all pages. | $ _____ |
|---|---|

Debtor 1    Austin          Hochstet          D
            First Name      Middle Name       Last Name

Case number (*if known*) _____

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---------|---------------------------------------------------------------|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Name _____

Number    Street _____

_____

City                          State    ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number _____

**Fill in this information to identify your case:**

Debtor 1    Austin                                    Hochstetler
            First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)
            First Name        Middle Name        Last Name

United States Bankruptcy Court for the:  Northern District of Illinois

Case number
(If known)

Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

    No. Go to Part 2.

    Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

Priority Creditor's Name

Last 4 digits of account number _____    $ _____   $ _____   $ _____

When was the debt incurred?

Number    Street

**As of the date you file, the claim is:** Check all that apply

Contingent

City            State    ZIP Code

Unliquidated

Disputed

**Who incurred the debt?** Check one.

Debtor 1 only

**Type of PRIORITY unsecured claim:**

Debtor 2 only

Domestic support obligations

Debtor 1 and Debtor 2 only

Taxes and certain other debts you owe the government

At least one of the debtors and another

Claims for death or personal injury while you were intoxicated

**Check if this claim is for a community debt**

Other. Specify

**Is the claim subject to offset?**

No

Yes

Debtor 1   Austin          Hochschild          Case number (*if known*) _____
          First Name   Middle Name   Last Name

| **Part 2:** | **List ALL of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3. Do any creditors have nonpriority unsecured claims against you?**

    No. You have nothing to report in this part. Submit this form to the court with your other schedules.

    Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | **Total claim** |
|---|---|---|

**4.1** UPSTART / FINWISE BANK
Nonpriority Creditor's Name

PO Box 1503
Number   Street

Upstart Loan Operations

San Carlos          CA          94070
City                State      ZIP Code

**Who incurred the debt?** Check one.

    Debtor 1 only

    Debtor 2 only

    Debtor 1 and Debtor 2 only

    At least one of the debtors and another

    **Check if this claim is for a community debt**

**Is the claim subject to offset?**

    No

    Yes

Last 4 digits of account number   6716          $   20229.24

**When was the debt incurred?**   07/13/23

**As of the date you file, the claim is:** Check all that apply

    Contingent

    Unliquidated

    Disputed

**Type of NONPRIORITY unsecured claim:**

    Student loans

    Obligations arising out of a separation agreement or divorce that you did not report as priority claims

    Debts to pension or profit-sharing plans, and other similar debts

    Other. Specify

    Personal Loan

**4.2** APPLE CARD - GS BANK USA
Nonpriority Creditor's Name

PO BOX 7247
Number   Street

LOCKBOX 6112, GOLDMAN SACHS BANK

PHILADELPHIA          PA          19170
City                State      ZIP Code

**Who incurred the debt?** Check one.

    Debtor 1 only

    Debtor 2 only

    Debtor 1 and Debtor 2 only

    At least one of the debtors and another

    **Check if this claim is for a community debt**

**Is the claim subject to offset?**

    No

    Yes

Last 4 digits of account number   4601          $   2664.59

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

    Contingent

    Unliquidated

    Disputed

**Type of NONPRIORITY unsecured claim:**

    Student loans

    Obligations arising out of a separation agreement or divorce that you did not report as priority claims

    Debts to pension or profit-sharing plans, and other similar debts

    Other. Specify

    Revolving Credit

**4.3** BARCLAYS BANK DELAWARE
Nonpriority Creditor's Name

P.O. Box 8801
Number   Street

Attn: Card Services

Wilmington          DE          19899-8801
City                State      ZIP Code

Last 4 digits of account number   9408          $   432.12

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

Debtor 1    Austin      Hochstein
| First Name | Middle Name | Last Name |

Case number (*if known*) _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | **Total claim** |

Who incurred the debt? Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Revolving Credit

---

**4.4**

Capital One
Nonpriority Creditor's Name

P.O. Box 30285
Number    Street

Salt Lake City        UT        84130-0285
City                State      ZIP Code

**Last 4 digits of account number** 6931

**When was the debt incurred?** _____

$ 6025.68

Who incurred the debt? Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Revolving Credit

---

**4.5**

Capital One
Nonpriority Creditor's Name

P.O. Box 30285
Number    Street

Salt Lake City        UT        84130-0285
City                State      ZIP Code

**Last 4 digits of account number** 7236

**When was the debt incurred?** _____

$ 414.19

Who incurred the debt? Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Revolving Credit

---

**4.6**

JPMCB - CARD SERVICES
Nonpriority Creditor's Name

**Last 4 digits of account number** 0076

$ 3315.99

---

Debtor 1    Austin                Hochschild                Case number (*if known*) _____
      First Name         Middle Name         Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|

700 Kansas Lane
Number    Street

Mail Code LA4-7100

Monroe                LA        71203
City                State        ZIP Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

Revolving Credit

---

**4.7**  SYNCB/AMAZON PLCC                **Last 4 digits of account number** 1798        $    365.44
Nonpriority Creditor's Name

P.O. Box 71783                **When was the debt incurred?** _____
Number    Street

Attn: Bankruptcy Dept.

Philadelphia                PA        19176-1783
City                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

Revolving Credit

---

**4.8**  SYNCB/PPC                **Last 4 digits of account number** 5489        $    831.69
Nonpriority Creditor's Name

P.O. Box 71783                **When was the debt incurred?** _____
Number    Street

Attn: Bankruptcy Dept.

Philadelphia                PA        19176
City                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

| Debtor 1 | Austin | | Hochschild | | Case number (*if known*) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|

Yes   Revolving Credit

---

**4.9**

Affirm, Inc.
Nonpriority Creditor's Name

30 Isabella Street
Number   Street

Floor 4; Attn: Bankruptcy Notice

Pittsburgh                    PA          15212
City                         State       ZIP Code

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

**Last 4 digits of account number**  MGLJ

**When was the debt incurred?**  04/02/24

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Personal Loan

$        533.62

---

**4.10**

Affirm, Inc.
Nonpriority Creditor's Name

30 Isabella Street
Number   Street

Floor 4; Attn: Bankruptcy Notice

Pittsburgh                    PA          15212
City                         State       ZIP Code

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

**Last 4 digits of account number**  9QBD

**When was the debt incurred?**  12/4/23

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Personal Loan

$         19.77

---

**4.11**

Affirm, Inc.
Nonpriority Creditor's Name

30 Isabella Street
Number   Street

Floor 4; Attn: Bankruptcy Notice

Pittsburgh                    PA          15212
City                         State       ZIP Code

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Last 4 digits of account number**  CXZ9

**When was the debt incurred?**  01/25/24

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans

$        130.18

---

Debtor 1   Austin        Hochschild                                          Case number (*if known*) _____
          First Name    Middle Name    Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|

Check if this claim is for a community debt

Is the claim subject to offset?
No
Yes

Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Personal Loan

---

**4.12**  Affirm, Inc.
Nonpriority Creditor's Name

30 Isabella Street
Number    Street

Floor 4; Attn: Bankruptcy Notice

Pittsburgh                PA        15212
City                      State     ZIP Code

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

Check if this claim is for a community debt

Is the claim subject to offset?
No
Yes

**Last 4 digits of account number**  33YC

**When was the debt incurred?**  05/16/23

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Personal Loan

$ 146.22

---

**4.13**  COMENITYCAPITAL/ALPHVIS
Nonpriority Creditor's Name

PO Box 183043
Number    Street

Bankruptcy Department

Columbus                  OH        43218-3043
City                      State     ZIP Code

**Who incurred the debt?** Check one.
Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

Check if this claim is for a community debt

Is the claim subject to offset?
No
Yes

**Last 4 digits of account number**  0559

**When was the debt incurred?**  03/08/23

**As of the date you file, the claim is:** Check all that apply
Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**
Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
Dental Loan

$ 779.92

---

**4.14**  DEPT OF ED / NELNET
Nonpriority Creditor's Name

121 SOUTH 13TH ST
Number    Street

LINCOLN                   NE        68508
City                      State     ZIP Code

**Who incurred the debt?** Check one.

**Last 4 digits of account number**  6707

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply
Contingent

$ 10329.59

---

Debtor 1    Austin                    Hochschild
First Name        Middle Name        Last Name

Case number (*if known*) _____

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|

Debtor 1 only

Debtor 2 only

Debtor 1 and Debtor 2 only

At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No

Yes

Unliquidated

Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Debts to pension or profit-sharing plans, and other similar debts

Other. Specify

_____

Debtor 1   Austin                    Hochstetler                          Case number (*if known*)  _____

First Name        Middle Name        Last Name

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---------|--------------------------------------------------------------|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

_____     **On which entry in Part 1 or Part 2 did you list the original creditor?**
Name

_____     Line _____ of (*Check one*):     Part 1: Creditors with Priority Unsecured Claims
Number    Street
                                                                         Part 2: Creditors with Nonpriority Unsecured Claims

_____     **Last 4 digits of account number**   _____
City                  State    ZIP Code

Debtor 1   Austin          Hochschild
         First Name    Middle Name    Last Name        Case number (*if known*) _____

| | |
|---|---|
| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

|  | | **Total claim** |
|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. $ _____ |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. $ _____ |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. $ _____ |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. **+** $ _____ |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. $ _____ |

|  | | **Total claim** |
|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. $ 10329.59 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. **+** $ 35888.65 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. $ 46218.24 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Austin | | Hochstetler |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern District of Illinois | | |
| Case number | | | |
| (If known) | | | |

☐ Check if this is an
amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases   **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | David Aguilar<br>Name<br><br>1634 S Fairfield Ave<br>Number    Street<br><br>Apt 2<br><br>Chicago                    60608<br>City            State    ZIP Code | Verbal lease agreement. |
| 2.2 | Verizon<br>Name<br><br>1095 Avenue of the Americas<br>Number    Street<br><br><br>New York            NY    10036<br>City            State    ZIP Code | Internet, mobile phone, and apple watch provider |

**Fill in this information to identify your case:**

| Debtor 1 | Austin | | Hochstetler |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(If known) _____

Check if this is an
amended filing

## Official Form 106H

# Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   No

   Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   No. Go to line 3.

   Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   No

   Yes. In which community state or territory did you live? _____ . Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number          Street

   _____

   _____
   City                          State        ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| _____<br>Name | Schedule D, line _____ |
| _____<br>Number    Street | Schedule E/F, line _____ |
| _____ | Schedule G, line _____ |
| _____<br>City          State        ZIP Code | |

| Fill in this information to identify your case: | |
|---|---|

Debtor 1    Austin                    Hochstetler
            First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)

            First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    Northern District of Illinois

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
   income as of the following date:

   _____
   MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

| 1. Fill in your employment information. | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. Include part-time, seasonal, or self-employed work. Occupation may Include student or homemaker, if it applies | **Employment Status** | Employed<br>Not employed | Employed<br>Not employed |
| | **Occupation** | _____ | _____ |
| | **Employer's name** | _____ | _____ |
| | **Employer's address** | _____<br>Number  Street<br>_____<br>_____<br>City          State    Zip Code | _____<br>Number  Street<br>_____<br>_____<br>City          State    Zip Code |
| | **How long employed there?** | _____ | _____ |

Debtor 1    Austin                                      Hochs    Case number (*if known*) _____
          First Name      Middle Name      Last Name

---

| **Part 2:** | **Give Details About Monthly Income** |
|---|---|

Estimate monthly income as of the date you file this form.  If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ _____ | $ _____ |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $ _____ | + $ _____ |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $ _____ | $ _____ |
| Copy line 4 here ....................................................................➔ | 4. | $ _____ | $ _____ |
| 5. **List all payroll deductions:** |  |  |  |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ _____ | $ _____ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ _____ | $ _____ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ _____ | $ _____ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ _____ | $ _____ |
| 5e. **Insurance** | 5e. | $ _____ | $ _____ |
| 5f. **Domestic support obligations** | 5f. | $ _____ | $ _____ |
| 5g. **Union dues** | 5g. | $ _____ | $ _____ |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $ _____ | + $ _____ |
| _____ | 5h. | + $ _____ | + $ _____ |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ _____ | $ _____ |
| 7. **Calculate total monthly take-home pay.**  Subtract line 6 from line 4. | 7. | $ _____ | $ _____ |
| 8. **List all other income regularly received:** |  |  |  |
| 8a. **Net income from rental property and from operating business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ _____ | $ _____ |
| 8b. **Interest and dividends** | 8b. | $ _____ | $ _____ |
| 8c. **Family support payment that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ _____ | $ _____ |
| 8d. **Unemployment compensation** | 8d. | $ _____ | $ _____ |

---

Debtor 1    Austin                          Hochstetler                          Case number (*if known*)

First Name    Middle Name    Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8e. | **Social Security** | 8e. $ _____ | $ _____ |

8f.  **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance  that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

| | Specify: SNAP - Food Assistance | 8f. $ 291.00 | $ _____ |
|---|---|---|---|
| | _____ | 8f. $ _____ | $ _____ |
| 8g. | **Pension or retirement income** | 8g. $ _____ | $ _____ |
| 8h. | **Other monthly income.** Specify: _____ | 8h. + $ _____ | + $ _____ |
| | _____ | 8h. + $ _____ | + $ _____ |

| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. $ 291.00 | $ _____ |
|---|---|---|---|

| 10. | **Calculate monthly income. Add line 7 + line 9.** Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. $ 291.00 | + $ _____ | = $ 291.00 |
|---|---|---|---|---|

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. + $ _____

12. **Add the amount in the last column of line 10 to the amount in line 11.  The result is the combined monthly income.** Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies    12. $ 291.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

No.

Yes. Explain:  My income could decrease if I lose food assistance. My income could increase if I am able to secure a job.

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | Austin | Hochstetler |
| | First Name    Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | |
| | First Name    Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern District of Illinois | |
| Case number (if known) | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☐ Yes. Fill out this information for each dependent ......................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☐ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J,* check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ _____ 340.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ _____ |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ _____ |

Debtor 1    Austin              Hochs...

First Name        Middle Name         Last Name                          Case number (*if known*)

|  | | Your expenses |
|---|---|---|
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ |
| 4d. Homeowner's association or condominium dues | 4d. | $ |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $ 30.00 |
| 6b. Water, sewer, garbage collection | 6b. | $ |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 150.00 |
| 6d. Other Specify: Expenses for dog care. | 6d. | $ 100.00 |
| 7. **Food and housekeeping supplies** | 7. | $ 400.00 |
| 8. **Childcare and children's education costs** | 8. | $ |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ 20.00 |
| 10. **Personal care products and services** | 10. | $ 50.00 |
| 11. **Medical and dental expenses** | 11. | $ |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 25.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 15.00 |
| 14. **Charitable contributions and religious donations** | 14. | $ |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20 | | |
| 15a. Life insurance | 15a. | $ |
| 15b. Health insurance | 15b. | $ |
| 15c. Vehicle insurance | 15c. | $ |
| 15d. Other. Specify: | 15d. | $ |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ |
| 17. **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1 | 17a. | $ |
| 17b. Car payments for Vehicle 2 | 17b. | $ |
| 17c. Other. Specify: | 17c. | $ |
| 17d. Other. Specify: | 17d. | $ |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I,* Your Income (Official Form 106I).** | 18. | $ |
| 19. **Other payments you make to support others who do not live with you.** | | |

Debtor 1    Austin                    Hochst...                              Case number (*if known*) _____

First Name        Middle Name        Last Name

| | | Your expenses |
|---|---|---|

| | Specify: _____ | 19. | $ _____ |
|---|---|---|---|
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| 20a. | Mortgages on other property | 20a. | $ _____ |
| 20b. | Real estate taxes | 20b. | $ _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ _____ |
| 20e. | Homeowner's association or condominium dues | 20e. | $ _____ |
| 21. | **Other.** Specify: _____ | 21. | +$ _____ |
| 22. | **Calculate your monthly expenses.** | | |
| 22a. | Add lines 4 through 21. | 22a. | $         1130.00 |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | 22b. | $ _____ |
| 22c. | Add line 22a and 22b. The result is your monthly expenses. | 22c. | $         1130.00 |
| 23. | **Calculate your monthly net income.** | | |
| 23a. | Copy line 12 (*your combined monthly income*) from *Schedule I.* | 23a. | $          291.00 |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. | -$        1130.00 |
| 23c. | Subtract your monthly expenses from your monthly income.<br>The result is your *monthly net income.* | 23c. | $            0.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☐ Yes. Explain here:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Austin | | Hochstetler |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern District of Illinois | | |
| Case number (if known) | | | |

**Check one box only as directed in this form and in Form 122A-1Supp:**

1. There is no presumption of abuse.

2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).

3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

Official Form 122A–1

# Chapter 7 Statement of Your Current Monthly Income          12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

## Part 1:    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

   ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions) | $ 5000.61 | $ _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | $ _____ | | | |
| Ordinary and necessary operating expenses | - $ _____ | - $ _____ | | | |
| Net monthly income from a business, profession, or farm | $ _____ | $ _____ | Copy here → | $ _____ | $ _____ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | $ _____ | | | |
| Ordinary and necessary operating expenses | - $ _____ | - $ _____ | | | |
| Net monthly income from rental or other real property | $ _____ | $ _____ | Copy here → | $ _____ | $ _____ |

Debtor 1    Austin          Hochstein          Case number (*if known*) _____
         First Name    Middle Name    Last Name

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

7. **Interest, dividends, and royalties** — $ _____ — $ _____

8. **Unemployment compensation** — $ _____ — $ _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: .......................... ↓

For you ............................................................... $ _____

For your spouse ............................................. $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. — $ _____ — $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

_____ — $ _____ — $ _____

_____ — $ _____ — $ _____

**Total amounts from separate pages, if any.** — + $ 0.00 — + $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. — $ 5000.61 + $ _____ = $ 5000.61

**Total current monthly income**

---

**Part 2:    Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

12a.   Copy your total current monthly income from line 11. ............................................... **Copy line 11 here** ➜ $ 5000.61

Multiply by 12 (the number of months in a year).   **x 12**

12b.   The result is your annual income for this part of the form.   12b.   $ 60007.32

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.   IL

Fill in the number of people in your household.   1

Fill in the median family income for your state and size of household. .............................................   13.   $ 66950.00

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

Debtor 1   Austin                    Hochstetler                         Case number (*if known*) _____

First Name        Middle Name        Last Name

---

**14. How do the lines compare?**

14a.   Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b.   Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A–2.

---

**Part 3:**   **Sign Below**

---

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** _____          **X** _____

Signature of Debtor 1                                        Signature of Debtor 2

Date   04/22/2024                                               Date _____
MM / DD / YYYY                                                   MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

---

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | Austin | Hochstetler |
| | First Name    Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | | |
| | First Name    Middle Name | Last Name |
| United States Bankruptcy Court for the: Northern District of Illinois | | |
| Case number | | |
| (If known) | | |

☐ Check if this is an amended filing

## Official Form 122A—1Supp

# Statement of Exemption from Presumption of Abuse Under § 707(b)(2)   12/15

**File this supplement together with Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

| Part 1: | Identify the Kind of Debts You Have |
|---|---|

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

   ☐ No.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, There is no presumption of abuse, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes. Go to Part 2.

| Part 2: | Determine Whether Military Service Provisions Apply to You |
|---|---|

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.  Go to line 3.

   ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
   10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.  Go to line 3.

      ☐ Yes. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No. Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No. Complete Form 122A-1. Do not submit this supplement.

      ☐ Yes. Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____ , which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____ , which is fewer than 540 days before I file this bankruptcy case.

   If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, The Means Test does not apply now, and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The exclusion period means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

   If your exclusion period ends before your case is closed, you may have to file an amended form later.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Austin _____ Hochstetler |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | |
| | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | Northern District of Illinois |
| Case number | |
| (If known) | _____ |

Check if this is an
amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/22

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**

     Married

     Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

     No

     Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | Same as Debtor 1 | Same as Debtor 1 |
| 4631 N PAULINA ST | From 06/01/2022 | | From _____ |
| Number    Street | To 10/01/2023 | Number    Street | To _____ |
| Apt 411 | | | |
| Chicago    IL    60640 | | | |
| City    State    ZIP Code | | City    State    ZIP Code | |
| | | Same as Debtor 1 | Same as Debtor 1 |
| 5600 N SHERIDAN RD | From 04/17/2021 | | From _____ |
| Number    Street | To 05/31/2022 | Number    Street | To _____ |
| Apt 13F | | | |
| Chicago    IL    60660 | | | |
| City    State    ZIP Code | | City    State    ZIP Code | |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

     No

     Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | Austin | | Hochschild | Case number (*if known*) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

<div style="background:black; color:white">

**Part 2:**    **Explain the Sources of Your Income**

</div>

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☐ Yes. Fill in the details.

| | Debtor 1: | | Debtor 2: | |
|---|---|---|---|---|
| | **Source of Income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Source of Income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating Business | $           1485.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating Business | $ |
| **For last calendar year:**<br>(January 1 to December 31, 2023 )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating Business | $           81468.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating Business | $ |
| **For last calendar year before that:**<br>(January 1 to December 31, 2022 )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating Business | $           75639.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating Business | $ |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No

☐ Yes. Fill in the details.

| | Debtor 1: | | Debtor 2: | |
|---|---|---|---|---|
| | **Source of Income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Source of Income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | SNAP - Food Assistance | $           873.00<br>$<br>$ | | $<br>$<br>$ |
| **For last calendar year:**<br>(January 1 to December 31, 2023 )<br>YYYY | | $<br>$<br>$ | | $<br>$<br>$ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2022 )<br>YYYY | | $<br>$<br>$ | | $<br>$<br>$ |

---

| Debtor 1 | Austin | | Hochs | | Case number (if known) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

  No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

  During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

  No.  Go to line 7.

  Yes.  List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

  * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

  Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

  During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

  No.  Go to line 7.

  Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| Upstart Network, Inc. | 01/16/2024 | $ 632.65 | $ 19088.60 | Mortgage |
| Creditor's Name | | | | Car |
| P.O. Box 1503 | | | | Credit Card |
| Number   Street | | | | Loan Repayment |
| | | | | Suppliers or vendors |
| San Carlos    CA    94070 | | | | Other |
| City           State   ZIP Code | | | | _____ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

  *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony

  No.

  Yes.  List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | $ | $ | |
| Insider's Name | | | | |
| | | | | |
| Number   Street | | | | |
| | | | | |
| City           State   ZIP Code | | | | |

Debtor 1    Austin                                                    Case number (*if known*) _____
        _____
        First Name    Middle Name    Last Name

---

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    No.

    Yes. List all payments that benefited an insider

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| _____ <br> Insider's Name | _____ | $ _____ | $ _____ | |
| _____ <br> Number    Street | | | | |
| _____ | | | | |
| _____ <br> City            State    ZIP Code | | | | |

Debtor 1    Austin                    Hochschild

    First Name          Middle Name          Last Name                          Case number (*if known*) _____

---

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |

**9.** **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    No

    Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title _____ | | | Pending |
| | | Court Name _____ | On appeal |
| Case number _____ | | Number    Street | Concluded |
| | | _____ | |
| | | City          State    ZIP Code | |

**10.** **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

    No. Go to line 11.

    Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name | | _____ | $ _____ |
| Number    Street | Explain what happened | | |
| | Property was repossessed. | | |
| | Property was foreclosed. | | |
| | Property was garnished. | | |
| City    State    ZIP Code | Property was attached, seized, or levied. | | |

**11.** **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    No

    Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | _____ | $ _____ |
| Number    Street | | | |
| City    State    ZIP Code | Last 4 digits of account number: XXXX– _____ | | |

---

Debtor 1    Austin _____ Hochs_____ _____    Case number (*if known*) _____
First Name        Middle Name        Last Name

---

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    No

    Yes

---

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    No

    Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ Person to Whom You Gave the Gift _____ Number    Street _____ _____ City        State    ZIP Code Person's relationship to you _____ | | _____ | $ _____ |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

    No

    Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____ Charity's Name _____ Number    Street _____ _____ City        State    ZIP Code | | _____ | $ _____ |

---

| Part 6: | List Certain Losses |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

    No

    Yes. Fill in the details.

---

Debtor 1    Austin            Hochschild

| First Name | Middle Name | Last Name | Case number (*if known*) |

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $ _____ |

## Part 7:    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____<br>Person Who Was Paid | | _____ | $ _____ |
| _____<br>Number    Street | | | |
| _____ | | | |
| _____<br>City              State    ZIP Code | | | |
| _____<br>Email or website address | | | |
| _____<br>Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☐ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____<br>Person Who Was Paid | | _____ | $ _____ |
| _____<br>Number    Street | | | |
| _____ | | | |
| _____<br>City              State    ZIP Code | | | |

Debtor 1    Austin           Hochstadter            Case number (*if known*) _____

First Name       Middle Name       Last Name

---

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

     No

     Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| _____<br>Person Who Received Transfer | | | _____ |
| _____<br>Number    Street | | | |
| _____<br>City      State   ZIP Code<br>Person's relationship to you | | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

     No

     Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |

---

**Part 8:**    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

---

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

     No

     Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| _____<br>Name of Financial Institution | XXXX– _____ | **Checking**<br>**Savings**<br>**Money market**<br>**Brokerage**<br>**Other** | _____ | $ _____ |
| _____<br>Number    Street | | | | |
| _____ | | | | |

Debtor 1    Austin                    Hochstein                              Case number (*if known*)
         First Name      Middle Name      Last Name

---

**21.** Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

No

Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | No |
| | | | Yes |
| Name of Financial Institution | Name | | |
| | | | |
| Number    Street | Number    Street | | |
| | | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**22.** Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

No

Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | No |
| | | | Yes |
| Name of Storage Facility | Name | | |
| | | | |
| Number    Street | Number    Street | | |
| | | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

---

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

**23.** Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

No

Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|

Debtor 1    Austin                          Hochsprung

First Name        Middle Name        Last Name                          Case number (*if known*)

Owner's Name

$ _____

Number    Street                        Number    Street

City            State    ZIP Code        City            State    ZIP Code

---

**Part 10:    Give Details About Environmental Information**

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   No
   Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number    Street | Number    Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

   No
   Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number    Street | Number    Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

---

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page 10

Debtor 1    Austin                    Hochstadt
_____          Case number (*if known*) _____
First Name      Middle Name      Last Name

---

26.  **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

No

Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | Court Name _____ | | Pending |
| | | | On appeal |
| Case number _____ | Number      Street _____ | | Concluded |
| | _____ | | |
| | City          State    ZIP Code | | |

---

## Part 11:  Give Details About Your Business or Connections to Any Business

27.  **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

**A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

**A member of a limited liability company (LLC) or limited liability partnership (LLP)**

**A partner in a partnership**

**An officer, director, or managing executive of a corporation**

**An owner of at least 5% of the voting or equity securities of a corporation**

**No. None of the above applies. Go to Part 12.**

**Yes. Check all that apply above and fill in the details below for each business.**

| | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| Business Name _____ | | EIN: _____ |
| Number      Street _____ | Name of accountant or bookkeeper | Dates business existed |
| _____ | | From _____  To _____ |
| City          State    ZIP Code | | |

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

No

Yes. Fill in the details below.

| | Date issued |
|---|---|
| Name _____ | MM / DD / YYYY |
| Number      Street _____ | |

---

Debtor 1   Austin                    Hochschild
First Name      Middle Name      Last Name                          Case number (*if known*)

_____

_____
City                State    ZIP Code

## Part 12:   Sign Below

I have read the answers on this Statement of Financial Affairs and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. **18 U.S.C. §§ 152, 1341, 1519, and 3571.**

X _____        X _____
Signature of Debtor 1                          Signature of Debtor 2

Date  04/22/2024                               Date _____

**Did you attach additional pages to Your Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107)?**

No

Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

No

Yes. Name of Person _____  . Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | Austin | Hochstetler |
| | First Name   Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | |
| | First Name   Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern District of Illinois | |
| Case number (If known) | | |

Check if this is an amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ **creditors have claims secured by your property, or**
■ **you have leased personal property and the lease has not expired.**

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: | Surrender the property. | No |
| | Retain the property and redeem it. | Yes |
| Description of property securing debt: | Retain the property and enter into a *Reaffirmation Agreement*. | |
| | Retain the property and [explain]: | |

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

**For any unexpired personal property lease that you listed in** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 106G), fill in the information below. Do not list real estate leases.** *Unexpired leases* **are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: Verizon | No |
| Description of leased property: Internet, mobile phone, and apple watch provider | Yes |

Debtor 1    Austin                          Hochs...                          Case number (*if known*) _____

First Name         Middle Name         Last Name

---

**Part 3:**    **Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

**X** _____          **X** _____

Signature of Debtor 1                                Signature of Debtor 2

Date  04/22/2024                                     Date  _____
     MM / DD / YYYY                                      MM / DD / YYYY

**Fill in this information to identify your case:**

| Debtor 1 | Austin | | Hochstetler |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  Northern District of Illinois

Case number
(If known)  _____

# Mailing List

List contains the name and address of each entity included on Schedules D, E/F, G, H and Creditor Information.

| | | |
|---|---|---|
| UPSTART / FINWISE BANK | | |
| PO Box 1503 | | |
| Upstart Loan Operations | | |
| San Carlos | CA | 94070 |
| APPLE CARD - GS BANK USA | | |
| PO BOX 7247 | | |
| LOCKBOX 6112, GOLDMAN SACHS BANK | | |
| PHILADELPHIA | PA | 19170 |
| BARCLAYS BANK DELAWARE | | |
| P.O. Box 8801 | | |
| Attn: Card Services | | |
| Wilmington | DE | 19899-8801 |
| Capital One | | |
| P.O. Box 30285 | | |
| | | |
| Salt Lake City | UT | 84130-0285 |
| Capital One | | |
| P.O. Box 30285 | | |
| | | |
| Salt Lake City | UT | 84130-0285 |
| JPMCB - CARD SERVICES | | |
| 700 Kansas Lane | | |
| Mail Code LA4-7100 | | |
| Monroe | LA | 71203 |
| SYNCB/AMAZON PLCC | | |
| P.O. Box 71783 | | |
| Attn: Bankruptcy Dept. | | |
| Philadelphia | PA | 19176-1783 |
| SYNCB/PPC | | |
| P.O. Box 71783 | | |
| Attn: Bankruptcy Dept. | | |
| Philadelphia | PA | 19176 |

Debtor 1    Austin                    Hochschild

First Name        Middle Name        Last Name                    Case number (*if known*)

| | | |
|---|---|---|
| Affirm, Inc. | | |
| 30 Isabella Street | | |
| Floor 4; Attn: Bankruptcy Notice | | |
| Pittsburgh | PA | 15212 |
| Affirm, Inc. | | |
| 30 Isabella Street | | |
| Floor 4; Attn: Bankruptcy Notice | | |
| Pittsburgh | PA | 15212 |
| Affirm, Inc. | | |
| 30 Isabella Street | | |
| Floor 4; Attn: Bankruptcy Notice | | |
| Pittsburgh | PA | 15212 |
| Affirm, Inc. | | |
| 30 Isabella Street | | |
| Floor 4; Attn: Bankruptcy Notice | | |
| Pittsburgh | PA | 15212 |
| COMENITYCAPITAL/ALPHVIS | | |
| PO Box 183043 | | |
| Bankruptcy Department | | |
| Columbus | OH | 43218-3043 |
| DEPT OF ED / NELNET | | |
| 121 SOUTH 13TH ST | | |
| LINCOLN | NE | 68508 |
| David Aguilar | | |
| 1634 S Fairfield Ave | | |
| Apt 2 | | |
| Chicago | | 60608 |
| Verizon | | |
| 1095 Avenue of the Americas | | |
| New York | NY | 10036 |