Form G-20 (20210917)

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

APR 23 2024

JEFFREY P. ALLSTEADT, CLERK

UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

Name of Debtor(s): Austin Hochstetler

Case number (if known): 24-5931

Chapter: 7

Debtor(s)

**DECLARATION REGARDING ELECTRONIC FILING (SELF-REPRESENTED INDIVIDUAL)**

1. I (we) have completed the following documents using the Court's Electronic Filing program for self-represented debtors:

   [✓] Voluntary Petition for Individuals Filing for Bankruptcy (Official Form B101)
   [✓] Chapter 7 Statement of Your Current Monthly Income (Official Form B122A-1)
   [✓] Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form B107)
   [✓] Statement of Exemption from Presumption of Abuse Under §707(b)(2) (Chapter 7 only) (Official Form B122A-1Supp)
   [✓] Declaration About an Individual Debtor's Schedules (Official Form B106)
   [✓] Chapter 7 Means Test (Official Form B122A-2)
   [✓] Statement of Intention for Individuals Filing Under Chapter 7 (Official Form B108)
   [ ] Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment (Official Form B122C-1)
   [ ] Chapter 13 Calculation of Your Disposable Income (Official Form B122C-2)

2. Declaration of Petitioner:

   a. To be completed in all cases.

   I(we), the undersigned Debtor(s) hereby declare under penalty of perjury that: (1) I(we) have read and understand the above-referenced document(s) being filed electronically ("Voluntary Petition"); (2) the information contained in the petition, statements and schedules, lists, and disclosures is true and correct, to the best of my knowledge and belief; and (3) I (we) have authorized the electronic filing of the Voluntary Petition with the United States Bankruptcy Court, Northern District of Illinois. I further declare under penalty of perjury that I (we) have completed and signed Statement About Your Social Security Number(s) (Official Form B121) and provided the signed original(s) to the Clerk. I (we) understand that this DECLARATION Regarding Electronic Filing must be filed with the Clerk in addition to the petition.

   b. To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

   [✓] I(we) am (are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court, Northern District of Illinois.

page 1        ELECTRONIC.FILING.DECLARATION.DEBTOR

I understand that failure to file the signed original of this Declaration is grounds for dismissal of my case pursuant to 11 U.S.C. §§ 707(a) and 105

| 04/23/24 | Austin Hochstetler | *(signed)* |
|---|---|---|
| Date | Debtor's Name | Debtor's Signature |

| | | |
|---|---|---|
| Date | Joint Debtor's Name | Joint Debtor's Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court, Northern District of Illinois

page 2    ELECTRONIC.FILING.DECLARATION.DEBTOR